Michael H. Korpi
SMITH McKENZIE ROTHWELL
   & BARLOW, P.S.
500 Union Street, Suite 700
Seattle, WA 98101
Telephone: (206) 224-9900
E-Mail: mikek@smrblaw.com

FILED'06 APR 06 08:40USDC-ORP

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PORTLAND AREA UFCW LOCAL 555 EMPLOYER'S HEALTH TRUST (hereafter referred to as the "Trust Fund"),<br><br>                Plaintiff,<br><br>v.<br><br>SAHARA, INC., a Washington corporation, d/b/a SINNETT'S MARKET PLACE, and FOCUS ON FOODS, INC., d/b/a SINNETT'S MARKET PLACE,<br><br>                Defendants. | NO. CV 06-342 KI<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT SAHARA, INC. |

In accordance with plaintiff's motion, it is hereby

ORDERED that plaintiffs' claims against defendant SAHARA, INC. be dismissed from this action without prejudice and without costs to any party.

DATED this _5_ day of ~~March~~ April 2006.

/s/ Garr King
Honorable Judge Garr King

ORDER OF DISMISSAL WITHOUT PREJUDICE
OF CLAIMS AGAINST DEFENDANT SAHARA, INC. - 1

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

5600 114 hc280903 3/28/06

Presented by:

*/s/ Michael H. Korpi*
Michael H. Korpi, OSB #03159
SMITH McKENZIE ROTHWELL
 & BARLOW, P.S.
Attorneys for the Plaintiff

ORDER OF DISMISSAL WITHOUT PREJUDICE
OF CLAIMS AGAINST DEFENDANT SAHARA, INC. - 2

5600 114 hc280903 3/28/06